**Abatement Order filed January 12, 2023**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-22-00897-CV**
_____

**IN RE MARIA CRISTINA DONNELLY, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**On Appeal from the Probate Court No. 2**
**Harris County, Texas**
**Trial Court Cause No. 477,195-401**

---

## ABATEMENT ORDER

On December 5, 2022, relator Maria Cristina Donnelly filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. Relator asks this court to order the Honorable Michael Newman to vacate his November 29, 2022 docket control order.

Because Judge Newman ceased to hold the office of Probate Court No. 2, Harris County, Texas, we are required to abate this mandamus proceeding to permit the respondent's successor, the Honorable Pamela Medina, to consider the decision regarding relator's request for relief. *See* Tex. R. App. P. 7.2(b); *see also In re Baylor Med. Ctr. at Garland*, 280 S.W.3d 227, 228 (Tex. 2008) (orig. proceeding) ("Mandamus will not issue against a new judge for what a former one did.").

Therefore, we abate this proceeding, treat it as a closed case, and remove it from the court's active docket. This original proceeding is abated until **February 13, 2023** to permit Judge Medina to consider the order underlying relator's request for relief. On or before that date, Judge Medina shall advise this court of the action taken on relator's request by filing a signed order reflecting her ruling concerning relator's request for relief with this court. The court will then consider a motion to reinstate or dismiss the original proceeding, as appropriate.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Poissant.